**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

UNITED STATES OF AMERICA
                Plaintiff,

v.                                    Case No.: 1:21–cr–00618
                                            Honorable Martha M. Pacold

Charles Liggins, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 11, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: as to Ralph Turpin: The sentencing hearing set for 1/14/2025 is stricken and reset to 8/26/2025 at 10:00 a.m. in Courtroom 2325. Presentence Investigation Report (PSR) is due by 7/1/2025. Objections to the PSR are due by 7/23/2025. Responses to the objections are due by 8/6/2025. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.