IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
IN AND FOR THE STATE OF ILLINOIS

CASE NO: 21 CR 618-6

RALPH TURPIN,
Defendant, Movant,

JUDGE: Martha M. Pacold

VS.

**FILED**

DEC 13 2024 VJO

UNITED STATES OF AMERICA,
Respondant(s)

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MOTION TO SET ASIDE A JUDGMENT FOR FRAUD ON COURT
PURSUANT FEDERAL RULES OF CIVIL PROCEDURE 60(b)(3) or 60(d)(3)

Comes Now, the defendant, Ralph Turpin, pro-se in this processing and moves this honorable court to first Discharge Counsel's of record and allow the defendant to proceed pro-se pursuant to Faretta v. California, 95 S.Ct. 2525 (1975), In the instant Litigation and all matters subject to the now pending Litigation at bar.

Please see the following facts of record standing firm to merit the relief prayed under the 60(b)(3) or 60(d)(3) Rule of Law, in the interest of justice and procedural due process of Law:

STATEMENT OF CASE AND FACTS

The defendant, Ralph Turpin, was arrested on or about the date of: 4-11-2023, I was indicted on a [7] count criminal indictment do to having alleged co-defendants; however

(1)

only counts 1 and 3 of the original superseding criminal indictment charge me, Ralph Turpin pursuant to case #1:21-cr-00618.

However, on January 17th 2024, After receiving the Jury verdict of guilty on counts 1 and 3 of the superseding indictment sentencing was postpone pending presentence investigation Report and ruling on motion for New trial and Motion requesting Judgment of Acquittal, Rule 29 noting now the instant motion pro-se filed under Federal civil rules of procedure Rule 60(b)(3) or 60(d)(3), is invoked "timely within [one] year of the Judgment" in which the Fraud practiced upon the court and Jury by the official Federal Prosecutors during the Jury trial to illegally secure the conviction of the Movant who was the defendant name Mr. Ralph Turpin in violation of all his civil rights protection established by the 5th and 6th Amendment Procedural due process clause rights in the United States Constitution, was deprived because the bad faith intentions of the Prosecutors.

The Movant Ralph Turpin, is the defendant in the instant case and moves this honorable court to act and proceed to investigate his claims of fraud on the court and Jury done by the prosecution directly in order to get a conviction upon him in violation of his civil right to Procedural due process as explained by the United States Constitution 5th and 14th Amendment and enforced through Article #6, Supremacy clause holding the United States Constitution to be the Supreme Law of the Land.

(2)

Please see the following Grounds for relief under the instant vehicle of Law timely filed to secure a vacated Judgment that is not validly rendered due to delibrate deception of the court and Jury creating a clear manifested injustice.

### GROUND # ONE

The Prosecutors **secured** conviction based on Fraud on the court and Jury through a Delibrate Deception of the court and Jury beginning with the opening statement in violation of due process of Law making a manifest injustice breach of my 5th Amendment and 6th Amendment right to the United states Constitution

The Movant, defendant, Ralph Turpin, provides in the now pending Litigation there was a planned Formed by the United States Assistant Attorney's who tried the instant case.

The Fraud started with the Government during the "opening statement of trial", there was a "false" solicited Statement claiming directly that the prosecution accuse me Mr. Ralph Turpin of making a call to the alleged killers of a man called Carlton Weekly A.K.A. Duck", and how this ideal was created was when the prosecutors started a deliberate deception and told the court and Jury that Mr. Ralph Turpin made a call while in a known clothing store

(3)

called Milani and the statement was direct to make the Jury think at a [specfic] time I, Ralph Turpin saw Mr. Weekly a.k.a. Duck in the Milani Store Located off Oak Street here in Cook county chicago Illinois and instantly allegedly called the alleged co-defendants in the Superseding indictment and told them to harm the victim Carlton Weekly A.K.A. Duck.

Please see Value #1, Trial Transcript Page # 3031 in it's full reading to Locate the False statement calling me Ralph Turpin the person who caused the death of Carlton Weekly through a phonecall I was claimed to have made in the Milani clothing store on the date of 8-2-2020. However, these allegations were made false by Prosecutor's because the alleged people whom are thought to be the alleged Killers of victim Mr. Weekly were tracked by street camera's on the highway which did show the "actual time" they started to travel in the direction of the shopping center in which the Milani store is Located. The Prosecution practice fraud on the court because the camera at the Milani store is showing myself and Mr. Weekly there at a specific time based on camera data from Milani; But the Alleged Killers makes there departure from there Area which if the call I made to government witness Mr. Cashell Williams, Would have been made during the time I was present during the Milani clothing Store as the Prosecutor Lied to the court and Jury and said based on Value # of trial Transcript Page # 3031. It would have created a clear Showing

(4)

of material evidence and not circumstantial evidence proving that the call of Ralph Turpin could and or should be marked as the triggering call that created the Plot to rush to the Milani Store in Chicago Illinois off Oak Street and Attack Mr. Weekly, based on the presenting of evidence if such was true but to the [surprise] of this honorable court it must be compelled to vacate the verdict of guilt in count #1 and 3 against Me Ralph Turpin because there really was [not] a phone call made in the Milani Store; Please review question and Answer in relation to Seized phone records as taken from the cell phone of Ralph Turpin by Law enforcement Agent Doyle whom testified about Ralph Turpin toll records in Trial Exhibit 800-1 and 800-2. Please notice these records had all the inbound and outbound calls for Ralph Turpin's cellphone number and focused on August 2nd 2020. However, as here we particularly note, "there was no calls, inbound or outbound", from Ralph Turpin phone during the few minutes I, Mr. Ralph Turpin and Mr. Weekly the victim was in Milani clothing store together. Wherefore I didn't cause the Ambush. The government entered into evidence and showed during trial the "Oak street Shopping center compilation video that showed the direct time victim Mr. Carlton Weekly and the Movant Ralph Turpin walked into Milani clothing store and the time Ralph Turpin and Mr. Weekly walked out the Milani clothing store. The obvious reason for showing the "compilation video of the entering and exit of the Milani

(5)

store was because the Prosecution wanted the Jury to focus on the time Line at Milani store showing the Movant/defendant Ralph Turpin and victim Mr. Weekly because the Prosecution needed a sure foundation to set the stage for the [deLibrate deception] to say that I Ralph Turpin called and gave Mr. Weekly Location so that he could be hurt.

    However, the Government had traffic camera video which proves the alleged Attacker of Mr. Carlton Weekly was factually in route based on traffic camera time data at the same time Mr. Turpin and Mr. Weekly was at Milani Clothing store and because traffic camera's showed the vehicle used in the slaying of Mr. Weekly was already in Route to the shopping center on Oak Street where the Milani store was located it really factually proved that there had to be someone else calling and clearly [not] me Ralph Turpin who had the alleged Killers coming for the victim Mr. Carlton Weekly.

    yet the Whole case would be based on timing, video camera time data, traffic camera time data, and phone records inbound and outbound call time data and I now point out that the alleged people whom is and was indicted for using the vehicle seen on traffic camera video's in cook county chicago illinois on the date of 8-2-2020 that came to the shopping center on Oak street did remain in Jail for over 18 months before the Federal Prosecutors

(6)

filed a Superseding indictment against me Ralph Turpin; the security man that did video tape My call made in the Moncler store in chicago without my knowledge is only proving I was in fear of my own Life and I did not break any Law by sharing what was going on in my immediate surrounding and these facts went un-noticed by the Jury because once the Jury received "false statements" that Mr. Ralph Turpin called while at Milani store and gave Mr. Weekly A.K.A. Duck Location to others, as Solicited falsily to the Jury the Prosecutor thereself it was believed! And was prejudice in the highest degree.

However, what the prosecution did [not] reveal was "3 Key factors" that proved beyond any reasonAble doubt I, Ralph Turpin had nothing to do with the Slaying of Carlton Weekly A.K.A. Duck, on August 2nd 2020. First [no] one I called while at the Oak Street store of Moncler ever came to the Location the Slaying of Mr. Weekly had taken Place at in order that it could be said I caused the Ambush; There was cell phone "tower information" to, that was in the Governments immediate possession" which showed at [no] time prior to the Slaying of Mr. Weekly was there any number in my inbound or outbound calls now sharing the same "cell phone tower information" as me from the Shopping Center Location whom could be even considered as the alleged Attackers of Mr. Weekly; This proves my true innocense! Second the person I was on the cell-

(7)

phone with in the [Moncier] Store in which I had been unknowingly taped talking on my cellphone with my friend name "Cashell Williams" and his cellphone never shared the same "cellphone tower" as mine, Ralph Turpin prior to the slaying of Mr. Weekly A.K.A. Duck while I remained at the shopping center on Oak street in Chicago Illinois. This proves that [no] one I called carried out the slaying of Mr. Carlton Weekly the victim in this case. However to show more of my factual innocence the Government did call the same person I was on the cellphone with name "Cashell Williams" to testify as a Government witness and he was granted immunity and he did not testify that he ever came to the stores on Oak street to Attack anyone, Plus the Government had Cashell Williams cellphone data and it showed he was not the Attacker of Mr. Carlton Weekly based on "cellphone tower data" establishing his Location at the time of the slaying of Mr. Carlton Weekly. Further, this court is asked to take special consideration of the Government's burden of proof and they fail to even ask Cashell Williams did he himself relay any information for Ralph Turpin to a third party to whom could have ordered or caused by any means the Ambush of Carlton Weekly A.K.A. Duck. It is my belief that the only reason such question was not asked of the immunity granted witness Cashell Williams was because prior to the trial he had already told the Federal Prosecutors and Agents no type of third party was used and he didnot relay anything to anyone else.

    Wherefore, I Ralph Turpin just can not be blamed, as my innocence is clearly shown through facts which can't be denied or over Looked through the evidence in these [electric] devices and systems they work off as proven herein. The Federal Government Knew I was innocent for at Least 24 months before the case went to trial and plus I don't know my co-defendants the first time I saw those men was in pretrial. The Last

(8)

and third fact that proves I'm 100% innocent, is even though the Government/Federal united states Attorney office and there helping investigating Agent Mr. Doyle had all the electric evidence to prove I was not guilty in any way of the Slaying of Mr. Weekly A.K.A. Duck, each acting official still pushed for a indictment against me when I refuse to help them put a criminal case together "plainly" because I did not know how he had got ambushed because no one I knew did anything to him and I wasn't going to just make up a Lie to avoid prosecution when I was totally innocent factually based on [electric data] the Government had in there possession and did decline to acknowledge how [exculpatory] it was in firmly showing my innocense.

    Finally, this honorable court is asked to consider the Facts herein and take in full account of the prejudicial false statements that the Prosecution used to solicit and twist false information "DeLibrately deceiving" this court and the Jury who will never know that they were compelled to consider totally false information from a Government official they each firmly believed they could trust and that trust was [abused] and used to convict a truly innocent man which I am, Mr. Ralph Turpin.

    Wherefore, in the interest of justice I do request this trial Court to investigate this Litigation and [examine] the record and use the discretion to issue a "show cause order" Against

(9)

the Government to respond and show why verdict of guilt should not be set aside where such a obvious Fraud was practiced on the court and Jury in violation of Ralph Turpin right to Procedural due process.

### RELIEF SOUGHT

I, Ralph Turpin, moves this honorable court to Grant the instant Litigation and issue such order in Authority with the "complete Jurisdiction" sought to vacate and or set aside the verdict of guilt against me due to proven act of Fraud, and Deliberate Deception of this court and Jury charged to hear the case established by the government who here did solicited the "false information" denying due process as revealed herein. Further, the court is asked to grant any other relief equal or greater then the pro-se Movant /defendant has requested. It is so prayed.

Dated: 12/9th/2024.  /S/ Ralph Turpin
Ralph Turpin

### UNNOTARIZED OATH

I, Ralph Turpin, declare under all penalty of perjury that this document is true and correct.

Dated: 12/9th/2024.  /S/ Ralph Turpin
Ralph Turpin

## CERTIFICATE OF SERVICE

I, Ralph Turpin, certify that a true and correct copy of the foregoing document was handed over to Bureau of prisons correctional officers for outgoing Legal mail to be sent prepaid via U.S. postal service on this 9th day of December 2024, to be sent to the parties below Listed.

1) Clerk of the court, at 219 S. Dearborn Street Chicago, illinois 60604.

2) office of the United States Attorney, at 219 South Dearborn street, suite #500, Chicago, illinois 60604.

/S/ Ralph Turpin
Ralph Turpin #53343-510
Metropolitan Correctional center
71 W. Van Buren street
Chicago, illinois 60605.

(11)

```
Ralph Turpin
Fed. #53343-510
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL. 60605
```



RECEIVED
DEC 13 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

"LEGAL MAIL"

```
Hon. Thomas Bruton
Clerk, U.S. District Court
219 S. Dearborn Street
Chicago, IL 60604
```

60604-180099

12/13/2024-6